SYRACUSE GRADE CROSSING COMMISSION, Appellant and Respondent, *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY et al., Respondents and Appellants; A. COOPER METAL Co., INC., et al., Respondents, et al., Defendants.

Argued December 9, 1942; decided March 4, 1943.

*Basil B. Aylesworth* for Delaware, L. & W. R. R. Co., et al., appellants.

*James C. Tormey, Corporation Counsel (Arthur M. Beach* and *John H. Walrath* of counsel), for Syracuse Grade Crossing Commission, plaintiff, appellant and respondent.

*George H. Kenny, Sherman C. Ward* and *Gay H. Brown* for Public Service Commission, respondent and appellant.

*Stewart F. Hancock* and *Morris Berman* for Wilson & Greene Lumber Co., Inc., appellant, *Stewart F. Hancock* and *Morris Berman* for Wilson & Greene Lumber Co., Inc., et al., respondents.

*Basil B. Aylesworth* for Delaware, L. & W. Coal Company, respondent.

Judgment affirmed, with costs to defendants-respondents A. Cooper Metal Co., Inc., et al. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. LEWIS and DESMOND, JJ., dissent insofar as the judgment determines that the tenants are entitled to compensation from the State. Taking no part: LEHMAN, Ch. J.